## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 17-cv-80133-BLOOM/Valle

PATRICIA KENNEDY,

      Plaintiff,

v.

MID CITY INVESTMENTS LLC,

      Defendant.

_____/

### FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal of Case With Prejudice ("Stipulation"), ECF No. [10].  The Court having considered the Stipulation and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Stipulation, **ECF No. [10]**, is **approved and adopted**, and the matter is **DISMISSED WITH PREJUDICE.**  The Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot, and all pending deadlines are **VACATED**.  The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 10th day of April, 2017.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record